1  THOMAS P. RILEY, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   Joe Hand Promotions, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Hand Promotions, Inc., | CASE NO. CV 10-06390 WDK E |
| Plaintiff, | STIPULATED JUDGMENT |
| vs. | |
| Bertha Alicia Vasquez, et al., | |
| Defendants. | |

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEY/S OF RECORD:

By and through their counsel, the Parties to the above-entitled action hereby stipulate and respectfully request that judgment in the amount of Thirteen Thousand Dollars ($13,000.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff Joe Hand Promotions, Inc. and against Bertha Alicia Vasquez and Francisco Vasquez, individually and d/b/a Mayan Tacos.

///

The Parties, and each of them, waive any and all rights to seek a stay of enforcement of said judgment and further request that this Honorable Court enter the requested and stipulated judgment only in the event of default of the Parties' settlement agreement and written notification of same to this Honorable Court by counsel of record.

Respectfully submitted,

Dated: October 8, 2010

_____
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
Joe Hand Promotions, Inc.

Dated:

_____
**BERTHA ALICIA VASQUEZ**
individually and d/b/a MAYAN TACOS

Dated:

_____
**FRANCISCO VASQUEZ**
individually and d/b/a MAYAN TACOS

///

///

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On October 8, 2010, I served:

**STIPULATED JUDGMENT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Bertha Alicia Vasquez (Defendant)
20265 Valley Boulevard, Suite N
Walnut, CA 91789

Francisco Vasquez (Defendant)
20265 Valley Boulevard, Suite N
Walnut, CA 91789

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 8, 2010, at South Pasadena, California.

Dated: October 8, 2010

INESA MAMIDJANYAN